# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

MARIE McMILLEN SMITH     PLAINTIFF

v.     No. 4:18-cv-294-DPM

KROGER LIMITED PARTNERSHIP I;
SOUTH CENTRAL UFCW UNIONS AND
EMPLOYER HEALTH FUND;
JASON ORTIZ; and KIM BEATTY     DEFENDANTS

## ORDER

The United Food and Commercial Service Works Union is on my recusal list. I don't know what the precise relationship between the UFCW and the South Central UFCW Unions and Employer Health Fund is, but my impartiality in presiding over this case could reasonably be questioned. 28 U.S.C. § 455(a). I therefore recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

10 May 2018