IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**MARIE MCMILLEN SMITH**                                                **PLAINTIFF**

v.                         Case No. 4:18-cv-00294-KGB

**KROGER LIMITED PARTNERSHIP I**
**d/b/a KROGER FOOD STORES d/b/a**
**KROGER MARKET PLACE,** *et al.*,                                   **DEFENDANTS**

## ORDER

     Before the Court is a stipulation of dismissal with prejudice filed by plaintiff Marie McMillen Smith and separate defendants Kroger Limited Partnership I, Jason Ortiz, and Kim Beatty (Dkt. No. 16). Counsel for these parties have signed the stipulation (*Id.*, at 2). Accordingly, the stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

     For good cause shown, the Court adopts the stipulation of dismissal with prejudice (Dkt. No. 16). As separate defendant South Central UFCW Union and Employer Health Fund has already been dismissed from this action (Dkt. No. 13), this stipulation of dismissal disposes of all claims in this action. The Court therefore dismisses with prejudice this action and finds that each party shall bear their own fees and costs.

     So ordered this 16th day of August 2019.

                                                     _____
                                                     Kristine G. Baker
                                                     United States District Judge